An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DAVID B. BARKER, DISTRICT JUDGE,
Respondents,
  and
AMBER MCDEARMON,
Real Party in Interest.

No. 62984

**FILED**

SEP 0 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

This original petition for a writ of mandamus or prohibition challenges an order of the district court denying a motion to reopen the criminal case against the real party in interest based on a fraud upon the court. Petitioner has filed a notice of withdrawal of the petition. Accordingly, we

ORDER this petition DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. David B. Barker, District Judge
      Attorney General/Carson City
      Clark County District Attorney
      Pitaro & Fumo, Chtd.
      Eighth District Court Clerk

14-29706